IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHARLIE MCKINNEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGEANT JULLIE MULLINS; PREA )<br>COORDINATOR; OMBUDSMAN UNIT; )<br>DIRECTOR OF VICTIM SERVICES; and )<br>GA DEPT OF PARDONS AND PAROLE, )<br>)<br>Defendants. ) | CV 323-087 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** Plaintiff's motion for preliminary injunction, (doc. no. 4), motion for report and recommendation, (doc. no. 9), and motion for alternative dispute resolution, (doc. no. 10), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of January, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE