AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHARLIE MCKINNEY, JR,

   Plaintiff,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV323-87

     **V.**

JULLIE MULLINS; PREA COORDINATOR;
OMBUDSMAN UNIT; DIRECTOR OF VICTIM
SERVICES; GA DEPARTMENT OF PARDON AND
PAROLE,

   Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 18, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice and closes this civil action.



January 18, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020